No. 04-01-00724-CV


HEARTLAND WIRELESS COMMUNICATIONS, INC., et al.,

Appellants


v.


Azalia GARCIA, et al.,

Appellees


From the 79th Judicial District Court, Brooks County, Texas

Trial Court No. 98-05-08388-CV

Honorable Mike Westergren, Judge Presiding


PER CURIAM

 

Sitting: Phil Hardberger, Chief Justice

 Alma L. López, Justice

 Sandee Bryan Marion, Justice


Delivered and Filed: January 9, 2002


DISMISSED


 The appellants have a filed an agreed motion to dismiss this appeal. Therefore, we grant the
motion and dismiss the appeal. See Tex. R. App. P. 42.1(a)(2). Costs of appeal are taxed against the
parties who incurred them. 

 PER CURIAM

DO NOT PUBLISH